# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morris, Edward L. | U.S. Bankruptcy Court, Northern District of Texas | 11/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Eldon B. Mahon U.S. Courthouse
501 W. 10th Street
Room 206
Fort Worth, Texas 76102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Natash, LLC |
| 2. Member | Exceder Mobile Park Fund 1, LLC |
| 3. Executive Committee Member (non-voting) | John C. Ford American Inn of Court |
| 4. Ex Officio Member | State Bar of Texas Bankruptcy Law Section, Young Lawyers Committee |
| 5. Committee of the Annual Meeting Member | National Conference of Bankruptcy Judges |
| 6. Next Generation Committee | National Conference of Bankruptcy Judges |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morris, Edward L. | 11/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Southern Initials LLC, self-employed embroidery business |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Center for American and International Law | February 5-7, 2020 | New Orleans, LA | Fifth Circuit Bankruptcy Bench-Bar CLE (speaker) | Transportation, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. The University of Oklahoma | Tuition | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Investment Account #1 (H) | | | | | | | | | |
| 2.  - American New World Cl F3 | A | Dividend | | | Sold (part) | 02/03/20 | J | A | |
| 3. | | | L | T | Buy (add'l) | 03/19/20 | J | | |
| 4.  - Blackrock National Municipal Cl K | B | Dividend | | | Sold (part) | 02/03/20 | J | A | |
| 5. | | | L | T | Sold (part) | 03/19/20 | J | | |
| 6.  - Edward Jones Money Market Fund: Investment Shares (JNSXX) | A | Dividend | J | T | | | | | |
| 7.  - Franklin Templeton Global Bond Cl R6 | B | Dividend | | | Buy (add'l) | 02/03/20 | J | | |
| 8. | | | | | Sold (part) | 03/19/20 | J | | |
| 9. | | | | | Sold | 10/20/20 | K | | |
| 10.  - Goldman Sachs Financial Square Government Cl 1 | A | Dividend | | | Buy | 01/27/20 | J | | |
| 11. | | | | | Buy (add'l) | 02/03/20 | K | | |
| 12. | | | J | | Sold (part) | 03/19/20 | J | | |
| 13.  - Hartford Divident & Growth Cl F | B | Dividend | | T | Buy | 10/20/20 | L | | |
| 14. | | | L | T | Buy (add'l) | 12/11/20 | J | | |
| 15.  - Hartford World Bond Cl F | A | Dividend | | | Buy (add'l) | 02/03/20 | J | | |
| 16. | | | | | Sold (part) | 03/19/20 | J | | |
| 17. | | | L | T | Buy (add'l) | 10/20/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - iShares Core Dividend Growth ETF | B | Dividend | | | Buy (add'l) | 01/27/20 | J | | |
| 19. | | | | | Sold (part) | 02/03/20 | J | B | |
| 20. | | | L | T | Buy (add'l) | 03/19/20 | J | | |
| 21.  - iShares Core S&P Mid Cap ETF | A | Dividend | | | Buy (add'l) | 01/27/20 | J | | |
| 22. | | | | | Sold (part) | 02/03/20 | J | A | |
| 23. | | | L | T | Buy (add'l) | 03/19/20 | J | | |
| 24.  - iShares Core S&P Small Cap ETF | A | Dividend | | | Buy (add'l) | 01/27/20 | J | | |
| 25. | | | | | Sold (part) | 02/03/20 | J | | |
| 26. | | | L | T | Buy (add'l) | 03/19/20 | J | | |
| 27.  - iShares Edge MSCI USA Momentum Factor ETF | | None | | | Sold | 01/24/20 | L | D | |
| 28.  - iShares Russell 1000 Growth Fund | A | Dividend | | | Buy | 01/27/20 | J | | |
| 29. | | | | | Buy (add'l) | 02/03/20 | K | | |
| 30. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 31. | | | | | Sold | 10/20/20 | L | D | |
| 32.  - iShares Russell 1000 Value Fund | B | Dividend | | | Buy (add'l) | 01/27/20 | J | | |
| 33. | | | | | Sold (part) | 02/03/20 | J | A | |
| 34. | | | L | T | Buy (add'l) | 03/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - iShares Trust Core MSCI EAFE ETF | B | Dividend | | | Buy<br>(add'l) | 01/27/20 | J | | |
| 36. | | | | | Sold<br>(part) | 02/03/20 | J | A | |
| 37. | | | L | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 38.  - MFS International Diversification Cl R6 | B | Dividend | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 39. | | | L | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 40.  - MFS Municipal Income Cl R6 | B | Dividend | L | T | Sold<br>(part) | 03/19/20 | J | A | |
| 41.  - Spdr S&P 500 ETF Tr Unit Ser I S&P<br>Depository | B | Dividend | | | Buy<br>(add'l) | 01/27/20 | J | | |
| 42. | | | | | Sold<br>(part) | 02/03/20 | K | D | |
| 43. | | | M | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 44.  - T. Rowe Price Blue Chip Growth Cl 1 | B | Dividend | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 45. | | | M | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 46.  - Thornburg Limited Term Municipal Cl 1 | A | Dividend | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 47. | | | K | T | Sold<br>(part) | 03/19/20 | J | A | |
| 48.  Investment Account #2 (H) | | | | | | | | | |
| 49.  - Edward Jones Money Market Fund:<br>Investment Shares (JNSXX) | A | Dividend | J | T | | | | | |
| 50.  - Invesco Short Term Bond C | B | Dividend | L | T | Sold<br>(part) | 08/17/20 | K | A | |
| 51.  IRA Account #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Artisan International Value Cl 1 | B | Dividend | M | T | Buy | 10/20/20 | M | | |
| 53. - Blackrock Mid Cap Growth Equity Cl K | | None | | | Sold | 01/24/20 | K | | |
| 54. | | | | | Buy | 01/27/20 | K | | |
| 55. | | | L | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 56. - Blackrock Total Return Cl K | C | Dividend | | | Sold | 01/24/20 | L | | |
| 57. | | | | | Buy | 01/27/20 | L | | |
| 58. | | | L | T | Sold<br>(part) | 03/19/20 | K | | |
| 59. - Edward Jones Money Market Fund:<br>Retirement Shares (JRSXX) (Y) | | | | | | | | | |
| 60. - Franklin Dynatech Cl R6 | | None | | | Sold | 01/24/20 | M | | |
| 61. | | | | | Buy | 01/27/20 | M | | |
| 62. | | | M | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 63. - Goldman Sachs Financial Square<br>Government Cl 1 | A | Dividend | | | Buy | 01/27/20 | K | | |
| 64. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 65. | | | | | Sold<br>(part) | 03/19/20 | J | | |
| 66. | | | | | Sold<br>(part) | 06/11/20 | J | | |
| 67. | | | | | Sold<br>(part) | 07/14/20 | J | | |
| 68. | | | | | Sold<br>(part) | 08/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 09/14/20 | J | | |
| 70. | | | | | Sold<br>(part) | 11/12/20 | J | | |
| 71. | | | J | T | Sold<br>(part) | 12/11/20 | J | | |
| 72.   - Hartford Equity Income Cl F | C | Dividend | | | Sold | 01/24/20 | M | | |
| 73. | | | | | Buy | 01/27/20 | M | | |
| 74. | | | M | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 75.   - iShares Barclays 1-3 Year Treasury Bond Fund | | None | | | Sold | 01/24/20 | L | | |
| 76.   - iShares Core Dividend Growth ETF | C | Dividend | | | Buy | 01/27/20 | M | | |
| 77. | | | M | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 78.   - iShares Trust Core 1-5 Year USD Bond Fund | B | Dividend | | | Buy | 01/27/20 | L | | |
| 79. | | | L | T | Sold<br>(part) | 03/19/20 | J | | |
| 80.   - John Hancock Bond Cl R6 | C | Dividend | | | Sold | 01/24/20 | L | | |
| 81. | | | | | Buy | 01/27/20 | L | | |
| 82. | | | L | T | Sold<br>(part) | 03/19/20 | J | | |
| 83.   - John Hancock Disciplined Value Cl R6 | | None | | | Sold | 01/24/20 | M | | |
| 84.   - John Hancock International Growth Cl R6 | A | Dividend | L | T | Buy | 10/20/20 | L | | |
| 85.   - MFS International Diversification Cl R6 | | None | | | Sold | 01/24/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy | 01/27/20 | M | | |
| 87. | | | | | Sold<br>(part) | 10/13/20 | J | | |
| 88. | | | | | Sold | 10/20/20 | M | | |
| 89.   - T Rowe Price Blue Chip Growth Cl 1 | B | Dividend | | | Sold | 01/24/20 | M | | |
| 90. | | | | | Buy | 01/27/20 | M | | |
| 91. | | | M | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 92.   - T Rowe Price Qm US Small Cap Growth<br>Equity Cl 1 | B | Dividend | | | Sold | 01/24/20 | K | | |
| 93. | | | | | Buy | 01/27/20 | K | | |
| 94. | | | L | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 95.   - T Rowe Price Short-Term Bond Cl 1 | B | Dividend | | | Sold | 01/24/20 | L | | |
| 96. | | | | | Buy | 01/27/20 | L | | |
| 97. | | | L | T | Sold<br>(part) | 03/19/20 | J | | |
| 98.   - Tcw Core Fixed Income Cl 1 | C | Dividend | | | Sold | 01/24/20 | L | | |
| 99. | | | | | Buy | 01/27/20 | M | | |
| 100. | | | L | T | Sold<br>(part) | 03/19/20 | K | | |
| 101.   - Victory Sycamore Established Value Cl R6 | C | Dividend | | | Sold | 01/24/20 | K | | |
| 102. | | | L | T | Buy | 01/27/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - Wisdomtree SMALLCAP Div ETF | B | Dividend | | | Sold | 01/24/20 | K | | |
| 104. | | | | | Buy | 01/27/20 | K | | |
| 105. | | | K | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 106.  IRA Account #2 (H) | | | | | | | | | |
| 107.  - Baird Short-Term Bond Cl 1 | A | Dividend | J | T | | | | | |
| 108.  - Edward Jones Money Market Fund:<br>Retirement Shares (JRSXX) (Y) | | | | | | | | | |
| 109.  - Hartford International Opportunities Cl F | A | Dividend | J | T | | | | | |
| 110.  - iShares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 111.  - iShares Core US Aggregate Bond ETF | A | Dividend | J | T | | | | | |
| 112.  - iShares S&P 500 Growth Fund | A | Dividend | J | T | | | | | |
| 113.  - Spdr Ser Tr S&P Divid ETF | A | Dividend | J | T | | | | | |
| 114.  - T Rowe Price US Treasury Money Cl 1 | A | Dividend | J | T | | | | | |
| 115.  Teacher Retirement System of Texas | B | Interest | L | T | | | | | |
| 116.  Prudential Retirement Annuity #1 (H) | | | | | | | | | |
| 117.  - AST Goldman Sachs Small Cap Value | | None | | | Sold<br>(part) | 03/18/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | K | T | Buy<br>(add'l) | 05/06/20 | J | | |
| 121.  - AST Hotchkis & Wiley Large-Cap Value | | None | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 122. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 124. | | | K | T | Buy<br>(add'l) | 05/04/20 | J | | |
| 125.  - AST International Growth | | None | | | Sold<br>(part) | 03/18/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 127. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 128. | | | K | T | Sold<br>(part) | 08/03/20 | J | | |
| 129.  - AST International Value | | None | | | Sold<br>(part) | 03/18/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 131. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 132. | | | K | T | Buy<br>(add'l) | 05/04/20 | J | | |
| 133.  - AST Investment Grade Bond | | None | | | Buy | 03/18/20 | K | | |
| 134. | | | | | Sold<br>(part) | 03/24/20 | K | | |
| 135. | | | | | Sold | 03/26/20 | K | | |
| 136.  - AST Prudential Core Bond Portfolio | | None | | | Sold<br>(part) | 03/18/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 139. | | | | | Sold<br>(part) | 05/24/20 | J | | |
| 140. | | | K | T | Buy<br>(add'l) | 08/03/20 | J | | |
| 141.  - AST Small Cap Growth | | None | | | Sold<br>(part) | 03/18/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 143. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 144. | | | K | T | Sold<br>(part) | 08/03/20 | J | | |
| 145.  - AST T Rowe Price Large Cap Growth | | None | | | Sold<br>(part) | 02/03/20 | J | | |
| 146. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 147. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 148. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 149. | | | | | Sold<br>(part) | 05/04/20 | J | | |
| 150. | | | K | T | Sold<br>(part) | 08/03/20 | J | | |
| 151.  - AST Western Asset Core Plus Bond | | None | | | Sold<br>(part) | 03/18/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 05/04/20 | J | | |
| 155. | | | K | T | Buy (add'l) | 08/03/20 | J | | |
| 156.   Prudential Retirement Annuity #2 (H) | | | | | | | | | |
| 157.   - AST Black Rock/Loomis Sayles Bond | None | | J | T | | | | | |
| 158.   - AST Global Bond Portfolio | None | | J | T | Buy | 11/13/20 | J | | |
| 159.   - AST Goldman Sachs Small Cap Value | None | | J | T | | | | | |
| 160.   - AST International Growth | None | | K | T | | | | | |
| 161.   - AST International Value | None | | K | T | | | | | |
| 162.   - AST MFS Growth | None | | L | T | | | | | |
| 163.   - AST Small Cap Growth | None | | K | T | | | | | |
| 164.   - AST T Rowe Price Large Cap Growth | None | | L | T | | | | | |
| 165.   - AST Templeton Global Bond | None | | | | Sold | 11/13/20 | J | | |
| 166.   - AST Western Asset Core Plus Bond | None | | J | T | | | | | |
| 167.   529 Plan #1 (H) | | | | | | | | | |
| 168.   - Franklin529 Growth & Inc A | None | | K | T | Sold (part) | 01/08/20 | K | D | |
| 169.   529 Plan #2 (H) | | | | | | | | | |
| 170.   - Franklin529 Grw (19+) A | None | | | | Sold (part) | 01/09/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | J | T | Sold<br>(part) | 08/12/20 | J | B | |
| 172. Health Savings Account (H) | | | | | | | | | |
| 173. - HSA Bank, a Division of Webster Bank, N.A. | A | Interest | K | T | | | | | |
| 174. John Hancock Accumulation VUL #1 (H) | | | | | | | | | |
| 175. - John Hancock Var. Ins. Trust: Blue Chip Growth Trust Fund | | None | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 176. | | | | | Sold | 05/17/20 | K | | |
| 177. | | | K | T | Buy | 05/17/20 | K | | |
| 178. - John Hancock Var. Ins. Trust: Core Bond Trust Fund | | None | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 179. | | | | | Sold | 05/17/20 | K | | |
| 180. | | | K | T | Buy | 05/17/20 | K | | |
| 181. - John Hancock Var. Ins. Trust: Disciplined Value Int'l Trust Fund | | None | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 182. | | | | | Sold | 05/17/20 | K | | |
| 183. | | | K | T | Buy | 05/17/20 | K | | |
| 184. - John Hancock Var. Ins. Trust: Emerging Markets Value Trust Fund | | None | | | Sold | 05/17/20 | J | | |
| 185. | | | J | T | Buy | 05/17/20 | J | | |
| 186. - John Hancock Var. Ins. Trust: Fundamental Large Cap Value Trust Fund | | None | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 187. | | | | | Sold | 05/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | K | T | Buy | 05/17/20 | K | | |
| 189. - John Hancock Var. Ins. Trust: Int'l Equity Index Trust Fund | | None | | | Buy (add'l) | 05/11/20 | J | | |
| 190. | | | | | Sold | 05/17/20 | K | | |
| 191. | | | K | T | Buy | 05/17/20 | K | | |
| 192. - John Hancock Var. Ins. Trust: Investment Quality Bond Trust Fund | | None | | | Buy (add'l) | 05/11/20 | J | | |
| 193. | | | | | Sold | 05/17/20 | K | | |
| 194. | | | K | T | Buy | 05/17/20 | K | | |
| 195. - John Hancock Var. Ins. Trust: Opportunistic Fixed Income Trust Fund | | None | | | Buy (add'l) | 05/11/20 | J | | |
| 196. | | | | | Sold | 05/17/20 | K | | |
| 197. | | | K | T | Buy | 05/17/20 | K | | |
| 198. - John Hancock Var. Ins. Trust: Small Cap Stock Trust Fund | | None | | | Buy (add'l) | 05/11/20 | J | | |
| 199. | | | | | Sold | 05/17/20 | J | | |
| 200. | | | K | T | Buy | 05/17/20 | J | | |
| 201. - John Hancock Var. Ins. Trust: Small Cap Value Trust Fund | | None | | | Buy (add'l) | 05/11/20 | J | | |
| 202. | | | | | Sold | 05/17/20 | J | | |
| 203. | | | K | T | Buy | 05/17/20 | J | | |
| 204. John Hancock Accumulation VUL #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - John Hancock Var. Ins. Trust: Disciplined Value Int'l Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 206. | | | J | T | Buy | 05/15/20 | J | | |
| 207. - John Hancock Var. Ins. Trust: Equity Income Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 208. | | | K | T | Buy | 05/15/20 | J | | |
| 209. - John Hancock Var. Ins. Trust: Fundamental Large Cap Value Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 210. | | | K | T | Buy | 05/15/20 | J | | |
| 211. - John Hancock Var. Ins. Trust: Global Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 212. | | | J | | Buy | 05/15/20 | J | | |
| 213. - John Hancock Var. Ins. Trust: High Yield Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 214. | | | J | T | Buy | 05/15/20 | J | | |
| 215. - John Hancock Var. Ins. Trust: Investment Quality Bond Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 216. | | | J | T | Buy | 05/15/20 | J | | |
| 217. - John Hancock Var. Ins. Trust: Mid Cap Index Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 218. | | | J | T | Buy | 05/15/20 | J | | |
| 219. - John Hancock Var. Ins. Trust: Opportunistic Fixed Income Trust Fund | None | | | | Sold | 05/15/20 | J | | |
| 220. | | | J | T | Buy | 05/15/20 | J | | |
| 221. - John Hancock Var. Ins. Trust: Small Cap Opportunities Trust Fund | None | | | | Sold | 05/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | J | T | Buy | 05/15/20 | J | | |
| 223. - John Hancock Var. Ins. Trust: Small Cap Value Trust Fund | | None | | | Sold | 05/15/20 | J | | |
| 224. | | | J | T | Buy | 05/15/20 | J | | |
| 225. Lincoln National LIC MoneyGuard II Policy #1 | | None | L | V | | | | | |
| 226. Lincoln National LIC MoneyGuard II Policy #2 | | None | L | V | | | | | |
| 227. JPMorgan Chase Bank Accounts (H) | | | | | | | | | |
| 228. - Account #1 | A | Interest | L | T | | | | | |
| 229. - Account #2 | | None | J | T | | | | | |
| 230. - Account #3 | | None | J | T | | | | | |
| 231. - Account #4 | A | Interest | J | T | | | | | |
| 232. Natash, LLC | | None | J | W | | | | | |
| 233. Exceder Mobil Park Fund 1, LLC (Y) | | | | | | | | | |
| 234. Southern Initials LLC | C | Distribution | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 181, 205: fka John Hancock Var. Ins. Trust: Int'l Value Trust Fund
Part VII, line 195: fka John Hancock Var. Ins. Trust: Quality Bond Trust Fund
Part VII, line 219: fka John Hancock Var. Ins. Trust: Global Bond Trust Fund
Part VII, line 225: value utilized is "surrender value" of policy
Part VII, line 226: value utilized is "surrender value" of policy

| Name of Person Reporting | Date of Report |
|---|---|
| **Morris, Edward L.** | 11/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward L. Morris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544